# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-2774 |
| APPELLEE, | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING** |
| SHUE MOUA, | |
| APPELLANT. | |

_____

The Appellant, Shue Moua, by and through her attorney, respectfully requests an extension of time to file a petition seeking rehearing or rehearing en banc. The opinion of the panel was filed on August 1, 2025. A petition for rehearing is due by August 15, 2025. Moua's case presents significant issues for a petition for rehearing.

Moua is currently held in a Bureau of Prisons facility. Prison staff informed Counsel that a telephone conference with Moua cannot be scheduled until sometime toward the end of next week, just before the filing deadline. Counsel needs sufficient time to confer with Moua about her rights and her appellate options in light of the Court's opinion in her case. Further, Counsel for Moua requires time to fully research the issues in support of a petition in order to create a proper record.

Counsel for Moua requests an extension of two weeks, making the petition due on August 29, 2025. The US Attorney's Office does not object to the request for extension of time.

Law Office of Robert A. Lengeling, PLLC

Date:  August 8, 2025          By         *s/ Robert A. Lengeling*
                                           MN ID#304165
                                           310 Fourth Ave S, Suite 1050
                                           Minneapolis, Minnesota 55415
                                           (612) 963-1555 / (612) 333-8003 fax
                                           robert@lengelinglaw.com
                                           ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2025, I electronically filed the Appellant's Motion for Extension of Time to File Petition for Rehearing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the Appellant, a non-CM/ECF participant:

Shue Moua, #53634-510
FPC Alderson
Federal Prison Camp
Glen Ray Rd., Box A
Alderson, West Virgina 24910

Date:  August 8, 2025          By         *s/ Robert A. Lengeling*
                                           MN ID#304165